## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Susan Anderson

                Plaintiff

            V.

John Brezack et al

               Defendant

CIVIL ACTION

NO. <u>17cv10447-WGY</u>

### ORDER OF DISMISSAL

<u>YOUNG DJ</u>,

    In accordance with the Court's Order entered on January 15, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

January 15, 2019

Date

/s/Matthew A. Paine

Deputy Clerk